DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

VINCENT SCOLARO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3340

_____

September 6, 2023

Appeal from the Circuit Court for Manatee County; Lon S. Arend, Judge.

Howard L. Dimmig, II, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.